AUSA Kevin M. Mulcahy, 226-9713
Special Agent Gary Hopkins, 965-2323

AO 91 (Rev. 08/09)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

3

United States of America
v.
D-1, EDWIN KEITH SCHMIEDING
D-2, LINDA DIANE SCHMIEDING

Case: 2:11-mj-30315
Judge: Unassigned,
Filed: 06-13-2011 At 03:36 PM
RE: EDWIN KEITH SCHMIEDING, LINDA DIANE SCHMIEDING (EOB)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____June 6, 2011_____ in the county of _____Lenawee_____ in the _____Eastern_____ District of _____Michigan_____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. section 846 | Conspiracy to manufacture, and possess with intent to deliver, more than 1,000 marijuana plants; |
| 21 U.S.C. section 841(a)(1) | Knowingly and intentionally manufacturing more than 1,000 marijuana plants. |

This criminal complaint is based on these facts:
See attached.

☑ Continued on the attached sheet.

_____
Complainant's signature

DEA Special Agent Lloyd G. Hopkins
Printed name and title

Sworn to before me and signed in my presence.

Date: June 13, 2011

_____
Judge's signature

City and state: Detroit, Michigan

R. Steven Whalen, United States Magistrate Judge
Printed name and title

AFFIDAVIT

Affiant, Special Agent Lloyd G. Hopkins, being duly sworn, deposes and states that the following is true and correct to the best of my knowledge and belief:

Affiant is a Special Agent of the Drug Enforcement Administration and has been so employed for approximately ten and a half years and is a law enforcement officer empowered to conduct investigations and make arrests for Violations of Title 21, United States Code.

On May 17, 2011, Investigator Randy Escott of the Office of Monroe Narcotics Investigation (OMNI), a Michigan State Police narcotics concept team, received an anonymous phone tip regarding a subject on Rome Road in Lenawee County, Michigan. According to the caller, a subject with the last name of Schmieding and another subject with the last name of Thayer are growing marijuana inside green houses on the property on Rome Road. The caller further stated that Edwin SCHMIEDING, Linda SCHMEIDING, and James THAYER live at 12501 Rome Road and sell marijuana for $800.00 per pound.

On June 6, 2011, Investigator Escott and other members of OMNI went to the large grassy field east of the 12501 Rome Road property. From there Investigator Escott observed several marijuana plants growing inside the eastern most green house on the property.

On June 6, 2011, Investigator Escott applied for and received a State of Michigan Search Warrant for the property located at 12501 Rome Road, Township of Rome, Lenawee County, Michigan.

On June 6, 2011, at approximately 7:45 p.m., members of OMNI executed the State of Michigan Search Warrant at 12501 Rome Road. Edwin Keith SCHMIEDING and Linda Diane SCHMIEDING were present on the property and detained after officers discovered numerous marijuana plants in the green houses and in cultivated fields near the residence. After being read his Miranda Warnings by OMNI Investigator Craig Cort, Investigator Escott asked Edwin SCHMIEDING how many plants he had on the property. Edwin SCHMIEDING stated "About 7,000". Investigator Escott then asked Edwin SCHMIEDING where the finished product was. Edwin SCHMIEDING told officers that it was in the garage, then led officers to a storage box in the couples attached garage. Edwin SCHMIEDING then used a key to unlock the storage box for officers. The box contained over fifty bags of processed marijuana, separately packaged and marked by weight.

OMNI Detective Trooper Keith Pillar read Linda SCHMIEDING her Miranda Warnings. Detective Pillar then asked Linda SCHMIEDING about her involvement and knowledge of the marijuana being grown on the property. Linda SCHMIEDING stated that she knew he (Edwin SCHMIEDING) was growing marijuana and that she helped plant and cultivate it. Linda SCHMIEDING further stated that he (Edwin

SCHMIEDING) was selling to patients, that she thought he was also selling to dispensaries, and that some of the marijuana was going with her son (James THAYER) to Toledo. Detective Pillar then asked how much money they were making from the sale of marijuana. Linda SCHMIEDING initially replied about $100.00 a month. Upon further questioning Linda SCHMIEDING stated that they were receiving $500.00 per week, then refused to answer further questions.

A complete search of the property revealed 8,259 marijuana plants in various stages of growth, 56 bags of marijuana processed for sale, and approximately 100 bags of marijuana seeds marked with dates going back to 2006.

Based on the aforementioned facts, your affiant maintains that probable cause exists to believe that Edwin Keith SCHMIEDING and Linda Diane SCHMIEDING conspired with others to knowingly and intentionally manufacture with intent to distribute a controlled substance, namely marijuana, in violation of Title 21, United States Code, Section 846 and 841 (a) (1).

> I declare under penalty of perjury the foregoing to be true and correct to the best of my knowledge and belief.

S/A Lloyd G. Hopkins
Drug Enforcement Administration

Sworn to and subscribed before me this
13th day of June, 2011.

R. Steven Whalen, U.S. Magistrate Judge